UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Watkins Incorporated, | Civil No. 0:15-cv-02688 (DSD-BRT) |
| Plaintiff, | |
| v. | **DEFENDANT MCCORMICK & COMPANY, INCORPORATED'S MOTION TO EXCLUDE PLAINTIFF'S EXPERT, DONALD ALAN GOROWSKY, PURSUANT TO FEDERAL RULES OF EVIDENCE 702 AND 403** |
| McCormick and Company, Incorporated, | |
| Defendant. | |

Defendant McCormick & Company, Incorporated ("McCormick") respectfully moves this Court to exclude the opinions and testimony of Donald A. Gorowsky, expert witness for Plaintiff Watkins Incorporated ("Watkins") pursuant to Federal Rules of Evidence 702 and 403.

As will be explained in McCormick's Memorandum of Law, the exclusion of Mr. Gorowsky's opinions and testimony is warranted for several reasons.  First, Mr. Gorowsky's estimation of Watkins's alleged lost profits is based on guesswork and Mr. Gorowsky's reliance on the speculative beliefs of Watkins's President, J.R. Rigley, and is thus not a reliable method to compute damages.

Second, Mr. Gorowsky's purports to calculate certain alleged profits that Watkins seeks to have McCormick disgorge, but his opinion is not supported by facts sufficient to demonstrate the required proximate causal link between any

injury allegedly suffered by Watkins and the amounts that he calculates. Mr. Gorowsky also ignores evidence in the record showing that there is no factual basis for Watkins's disgorgement claim.

Finally, Mr. Gorowsky's report also should be excluded under Federal Rule of Evidence 403, because whatever probative value his calculations might have is far outweighed by the likelihood of prejudice and confusion.

For these reasons, as well as others that will be set forth more fully in the Memorandum of Law and supporting documents, McCormick moves this Court to exclude Mr. Gorowsky's testimony and opinions.

Dated: April 16, 2021

**FELHABER LARSON**

By: /s/ *Richard R. Voelbel*
Richard R. Voelbel, #0387091
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402-4504
Telephone: (612) 373-8544
Facsimile: (612) 338-0535
rvoelbel@felhaber.com

**DLA PIPER LLP (US)**

By: /s/ *David H. Bamberger*
David H. Bamberger *pro hac vice*
Paul D. Schmitt *pro hac vice*
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4500
Facsimile: (202) 799-5500
david.bamberger@dlapiper.com
paul.schmitt@dlapiper.com

*Attorneys for Defendant*
*McCormick & Company, Incorporated*

3